ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

*E-Filed 4/24/09*

Attorneys for Defendants
COUNTY OF SANTA CLARA, EDWARD
FLORES, LAURIE SMITH, and ALEX
CHYORNY, M.D.

KEITH G. JORDAN (S.B. #171267)
720 SW Washington Suite 750
Portland, Oregon 97205
Telephone: (408) 271-9500
Facsimile: (408) 271-9598
keith@jordanlawfirm.net

Attorney for Plaintiff
RICHARD CHABOYA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| RICHARD CHABOYA,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY et al.,<br><br>    Defendants. | No.   C08-04922 RS<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT SHERIFF LAURIE SMITH** |

The parties, through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice all of Plaintiff's claim(s) against Defendant Sheriff Laurie Smith as set forth in Plaintiff's complaint

It is further stipulated and agreed that the remaining claims in Plaintiff's complaint are based on alleged violation of 42 U.S.C. section 1983 against Defendants County of Santa Clara ("County"), Edward Flores, and Alex Chyorny, M.D., and state-based claims against the County

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Defendant Sheriff Laurie Smith              1                            C08-04922 RS

and Alex Chyorny, M.D., for alleged medical negligence, intentional and negligent infliction of emotional distress, battery, and assault.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

ANN MILLER RAVEL
County Counsel

Dated: April 9, 2009    By:    /S/
GREGORY J. SEBASTINELLI
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
EDWARD FLORES, LAURIE SMITH,
and ALEX CHYORNY, M.D.

Dated: April 8, 2009    By:    /S/
KEITH G. JORDAN

Attorney for Plaintiff
RICHARD CHABOYA

## ORDER

IT IS SO ORDERED.

Date: 4/24/09

RICHARD SEEBORG
Magistrate Judge
United States District Court

174760.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Defendant Sheriff Laurie Smith        2        C08-04922 RS