ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, EDWARD
FLORES, and ALEX CHYORNY, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHABOYA,<br><br>   Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY et al.,<br><br>   Defendants. | No.   C08-04922 RS<br><br>[~~PROPOSED~~] ORDER EXCUSING<br>INDIVIDUAL DEFENDANTS'<br>ATTENDANCE AT MEDIATION |

After consideration of Defendants' request to excuse DOC Chief Edward Flores and ACHS Medical Director Alex Chyorny, M.D., from attendance at the July 16, 2009 mediation, the Court finds that good cause appears and therefor,

IT IS HEREBY ORDERED that Defendants' request to excuse DOC Chief Edward Flores and ACHS Medical Director Alex Chyorny, M.D., from attendance at the July 16, 2009 mediation is granted.  As per ADR Local Rule 6-10(f), these excused Defendants will be available to participate by telephone for the duration of the session or until excused by the mediator.

Dated: 6-10-09

Wayne D. Brazil
United States District Court
ADR Magistrate Judge

188711.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Excusing Individual
Defendants' Attendance at Mediation          1          C08-04922 RS