MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

*E-Filed 7/24/09*

Attorneys for Defendants
COUNTY OF SANTA CLARA, EDWARD
FLORES, and ALEX CHYORNY, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| RICHARD CHABOYA,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY et al.,<br><br>Defendants. | No.   C08-04922 RS<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

It is hereby stipulated that plaintiff dismisses this case with prejudice and defendants waive costs. Each party will bear its own costs. This stipulation is NOT confidential.

Dated: July 16, 2009

_____
Richard Chaboya, Plaintiff

_____
Keith Jordan, Attorney for Plaintiff

_____
David Schoendaler, ESA Risk Management
Representative for Defendants at July 16, 2009 Mediation

_____
Gregory Sebastinelli, Attorney for Defendants

1   IT IS SO ORDERED.

2

3   Dated: July 24 2009

              *[signature]*
              _____
              Richard Seeborg
              United States Magistrate Judge